# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2013

## NO. 03-11-00260-CV

**Spicewood Springs Road Tunnel Coalition, a Texas Unincorporated Association; Joe Wheeler; and Save Our Springs Alliance, Inc., Appellants**

**v.**

**Lee Leffingwell, Mayor; Mike Martinez; Randi Shade; Sheryl Cole; Laura Morrison; Bill Spelman; and Chris Riley, Council Members; Marc Ott, City Manager, in Their Official Capacities for the City of Austin; and the City of Austin, Appellees**

### APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, HENSON AND GOODWIN
### JUSTICE HENSON NOT PARTICIPATING
### REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is reversed, and the cause is remanded for further proceedings. It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.